UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY A. TOWNES | ) | CASE NO.  5:08CV1218 |
| | ) | |
| Plaintiff | ) | |
| | ) | MAGISTRATE JUDGE LIMBERT |
| v. | ) | |
| | ) | |
| BETH OPRISCH, ET AL. | ) | **ORDER** |
| | ) | |
| Defendants | ) | |

This matter came before the Court upon Plaintiff's Motion to Continue (Dkt. #19), and upon which counsel for Defendants did not have any opposisition.  Upon consideration, and for good cause shown, the Court hereby **GRANTS** Plaintiff's Motion and the following scheduling dates and deadlines are modified:

The discovery deadline is extended until March 31, 20009.  Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2 for cases assigned to the Standard case management track.

The dispositive motion filing deadline is extended until April 30, 2009.  Further, counsel are directed to follow the briefing schedule set forth at Local Rule 7.1(d) and (e) for dispositive motions. That is, unless otherwise ordered by the Court, each party opposing a motion must serve and file a memorandum in opposition within thirty days after service of any dispositive motion, and within fourteen days after service of any non-dispositive motion.  If a party opposing a motion was served with the motion under Fed.R.Civ.P. 56(b)(2)(B), (C),or (D), three days shall be added to the

prescribed period as provided in Fed.R.Civ.P. 6(e).  Further, unless otherwise ordered by the Court, the moving party may serve and file a reply memorandum in support of any dispositive motion within ten days after service of the memorandum in opposition and in support of any non-dispositive motion within seven days after service of the memorandum in opposition, excluding intermediate Saturdays, Sundays, and legal holidays.  If the moving party was served with the memorandum in opposition under Fed.R.Civ.P. 5(b)(2)(B), (C),or (D), three days shall be added to the prescribed period as provided in Fed.R.Civ.P. 6(e).  No sur-replies will be permitted, absent advance leave of Court.

Further, the parties shall comply with Local Rule 7.1(g) with regard to page limitations.  A memorandum that exceeds the page limitations shall not be filed until a motion for leave to file such memorandum is granted.  Such leave shall be sought at least ten days prior to the filing date.

Take notice that a **STATUS CONFERENCE** is scheduled before the undersigned in Room 229 of the Thomas D. Lambros Federal Building & U.S. Courthouse, 125 Market Street, Youngstown, Ohio, on May 11, 2009 at 9:00 a.m.

Further, the **FINAL PRETRIAL** is **RESCHEDULED** and will be held on July 28, 2009 at 9:00 a.m.  The appearance of lead counsel and the parties is required at the final pretrial.  In addition, the **JURY TRIAL** is **RESCHEDULED** and will be held in Courtroom 242 in Youngstown, Ohio on August 24, 2009, beginning at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: January 12, 2009                                                          /s/George J. Limbert
                                                                                                GEORGE J. LIMBERT
                                                                                                UNITED STATES MAGISTRATE JUDGE